
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 20 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES T. HOYE, | ) | Civil Action No. 7:15-cv-00203 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| LT. GILMORE, et al., | ) | By: Hon. Michael F. Urbanski |
| Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff's motion to amend (ECF No. 29) is **GRANTED** in part and **DENIED** in part;

Plaintiff's motion for leave to file a response out of time (ECF No. 30) is **GRANTED**;

Defendants' motion to dismiss (ECF No. 24) is **GRANTED**; Plaintiff's motion for a preliminary injunction (ECF No. 33) is **DENIED** as moot; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 20th day of June, 2016.

/s/ Michael F. Urbanski
United States District Judge